UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CR583SNL |
| ) | |
| GEORGE GROVES, JR., ) | |
| ) | |
| Defendant. ) | |

## BOND REVOCATION AND DETENTION ORDER

This matter came before the court on July 27, 2005 for a Bond Revocation Hearing pursuant to 18 U.S.C. § 3148. Defendant was present in person and by counsel, Mr. Eric Butts. The government was represented by Assistant United States Attorney John M. Bodenhausen.

On September 21, 2004 the Honorable Terry I. Adelman released defendant on a $10,000 bond secured by 10% ($1,000). On March 29, 2005 Pretrial Services Officer Tiffany Corley received notification of a "wristband tamper" from Securicor, the electronic monitor contractor. A "wristband tamper" indicates that the defendant's electronic monitoring transmitter was tampered with but the band is not currently open. The Pretrial Services Officer contacted defendant at his residence and directed him to report to the Pretrial Services Office by 4:00 P.M. on March 29th. Defendant failed to report and the Officer contacted him again at his residence. Defendant stated he attempted to come to the Pretrial Services Office but was denied entry into the building because he left his identification at home. The Pretrial Services Officer directed defendant to return on March 30, 2005 at 9:00 A.M. At approximately 9:25 A.M. on March 30th, the Pretrial Services Officer received a notification of a "wristband open." A "wristband open" indicates that the defendant's electronic monitoring transmitter has been tampered with and the band is currently open. The Officer telephoned Groves' residence. An unidentified female at the defendant's residence stated that the defendant was not home. Electronic monitoring records indicate that

defendant left his residence on March 30, 2005 at 10:00 P.M. As of March 31, 2005 his whereabouts were unknown. In addition, he failed to appear for sentencing on April 8, 2005.

At the time of the scheduled hearing defendant indicated that he would admit the violation and waive a hearing. The court has considered the Pretrial Services Report prepared by the Pretrial Services Office in the underlying case and the court has considered the Petition of the Pretrial Services Officer requesting that defendant's bond be revoked. Both the Report and Petition are incorporated as if fully set out herein. In addition, the court has considered defendant's admission of the violation and his waiver of hearing. The court finds by clear and convincing evidence that the defendant has violated a condition of his release, 18 U.S.C. § 3148(b)(1)(B) and is unlikely to abide by any condition or combination of conditions of release. 18 U.S.C. § 3148(b)(2)(B).

Accordingly,

**IT IS HEREBY ORDERED** that defendant's $10,000 bond secured by 10% is **REVOKED**.

**IT IS FURTHER ORDERED** that the government's Motion for Detention is **GRANTED** and that defendant be detained pending sentencing by the Honorable Stephen N. Limbaugh.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this   27th   day of July, 2005.