**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | No. 4:04CR583-SNL |
| ) | |
| **GEORGE GROVES,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

The surety of record on defendant's $1,000 bond has requested that the cash bail be returned as defendant is in custody and further bond is not required. As defendant did not appear at the original date set for sentencing and was only recently apprehended, there may be some question as to whether or not the cash bond should be returned to the surety.

**IT IS THEREFORE ORDERED** that the parties shall show cause by August 26, 2005 why the cash bond should not be returned to the surety.

Dated this  10th  day of August, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE